Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

**Vesal Yaghoobi**

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

**"See attached"**

_____
Defendant(s)
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   _____

(*to be filled in by the Clerk's Office*)

Jury Trial:  *(check one)*    ☐ Yes   ☒ No

2023 OCT 20 PM 3: 34   FILED IN CLERKS OFFICE   U.S. DISTRICT COURT

## COMPLAINT FOR A CIVIL CASE

I.     **The Parties to This Complaint**

   A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

   Name                    **Vesal Yaghoobi**
   Street Address          **3028 Barkley Gate Ln**
   City and County         **Fairfax , Fairfax**
   State and Zip Code      **VA  22031**
   Telephone Number        **202-999 6474**
   E-mail Address          **Vesalyaghoobi@icloud.com**

   B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

Name                                Tufts Medical Center

Job or Title *(if known)*

Street Address                      800 Washington Street

City and County                     Boston  Suffolk

State and Zip Code                  MA      02111

Telephone Number                    617 636 5000

E-mail Address *(if known)*

Defendant No. 2

Name                                Tufts Medicine

Job or Title *(if known)*           800 District Avenue, Suite 520

Street Address

City and County                     Burlington, MA  Middlesex

State and Zip Code                  MA    01803

Telephone Number                    978 942 2220

E-mail Address *(if known)*

Defendant No. 3

Name                                Tufts Health Plan

Job or Title *(if known)*

Street Address                      1 Wellness Way

City and County                     Canton MA  Norfolk

State and Zip Code                  MA  02021

Telephone Number                    617 972 9460

E-mail Address *(if known)*

Defendant No. 4

Name                                Matthew Shortelle

Job or Title *(if known)*           Human Resources

Street Address                      800 Washington ST  # 795

City and County                     Boston, MA  Suffolk

State and Zip Code                  MA ,  02111

Telephone Number                    617 - 636 - 4384

E-mail Address *(if known)*         Matthew.T.Shortelle @ Tuftsmedicine.or

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                           ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

"See attached"

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

      b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

"See attached"

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*"See attached"*

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10/20/2023

Signature of Plaintiff    _Yaghoobi_

Printed Name of Plaintiff    Vesal Yaghoobi

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

# Wrongful suspension and Depriviation of Rights under color of Law

Vesal Yaghoobi _v_ Tufts Medical Center etc.,

## Defendants

Vesal Yaghoobi, MD

_Yaghoobi_

10/20/2023

Tufts Medical Center
Tufts Medicine
Tufts Health Plan

Matthew Shortelle
Kari Roberts, MD

Adnan Qamar, MD
Zahra Jalali, MD

Justin Popso, MD
Glenn Baumann, MD
Jessica Brown, RN

Michele Hagen

Sothy Soem

Wrongful suspension and Depriviation of Rights under color of law

Vesal Yaghoobi    -v-    Tufts Medical center etc.,

(Cont.)
I. The Parties to this Complaint
B- The Deffendants

Vesal Yaghoobi, MD

10/20/2023

Defendant #5

- Kari Roberts, MD
  GME Director
    800 Washington, ST
    #369
    Boston, ~~MA~~ ~~email~~ Suffolk
    MA . 02111
      617 - 636 - 5513
      Kari . Roberts @ Tufts Medicine . org

Defendant #6

Adnan Qamar, MD

  Tufts Medical Center
  Ziskind Building , 5th floor
  800 Washington ST
  Box 802
  Boston    Suffolk
  MA  02111
  781 - 475 - 6358
  Adnan.Qamar @ Tufts Medicine . org

Defendant #7

  Zahra  Jalali , MD
  Tufts Medical center
  Ziskind Building , 5th floor
    800  Washington ST
    Box  802
      Boston    Suffolk
      MA    02111
      857 - 222 - 7893
      Zahra . Jalali @ Tufts medicine . org

Defendant #8

Justin C Popso, DO
Emergency Department Physician
800 Washington ST

Boston   Suffolk
MA   02111
617 - 636 - 4720

Defendant #9

Glenn Baumann
Psychiatry Department
800 Washington ST
Boston   Suffolk
MA   02111
617 - 636 - 0219

Defendant #10

Jessica Brown, RN
Tufts medical center
800 Washington ST
Boston   Suffolk
MA   02111
617 - 636 - 4720

Defendant #11

Michele Hagen, LICSW

Physician Health Services. Inc. (PHS)
860 Winter St.
Waltham, ~~MA~~ ~~XXXX~~ Middlesex
MA 02451
781 - 434 - 7404
mhagan @ mms. org


Defendant #12

Sothy Soem

Tufts Health Plan

1 Wellness Way
Canton, ~~XXX~~ ~~XXXX~~ Norfolk
MA 02021
781 - 612 - 6659

3

Wrongful suspension and Deprivation of
Rights under color of Law

45 CFR § $\frac{160}{162}$ HIPAA
§ $\overline{164}$

18 U.S.c 241   Civil Rights Conspiracy statue

18 U.S.C § 242   Deprivation of Rights under the
color of Law

18 U.S.C.§ 248   Freedom of Access to clinic
Entrance  (FACE)

42 U.S.C § 12101   Americans with Disabilities Act
et seq   (ADA)

- Signature Forgery

- ACGME Violations of
guideline

- AMERICAN PSYCHOLOGICAL ASSOCIATION
Violations of guideline

. etc.,

Vesal Yaghoobi _v_ Tufts Medical Center
etc.,

Yaghoobi
10/20/2023

Wrongful suspension and Depriviation of Rights under color of law

Vesal Yaghoobi —v— Tufts Medical center etc.,

## II. Basis of Jurisdiction

A. If the basis for jurisdiction is a federal question.

Vesal Yaghoobi, MD

Yaghoobi

10/20/2023

— The Defendants are established and perform Business in the state of Massachusetts.

— ~~many~~ The incidents has happened in the state of Massachusetts city of Boston.

— There have been many violations of different federal laws including :

\* The American with Disabilitu act of 1990 (ADA) (42 U.S-C § 12101)

\* Depriviation of Rights under color of law (Title 18 U.S.C. Section 242)

\* HIPAA violations

\* Signature forgery (18 U.S.C. §471)

\* The freedom of Access to clinic (FACE) (18 U.S.C § 248)

\* Civil Rights conspiracy stature (18 U.S.C § 241)

# Wrongful Suspension and Depriviation of Rights under Color of Law

Vesal Yaghoobi  -V-  Tufts Medical Center, etc.

## III.

## Story + Statement of Claim

Pages

Note: Due to the Complicated nature of the case and the high number of violations, it is almost impossible to understand and analyze the case if not reading through the entire story. At least I was unable to do it; although I tried.

Vesal Yaghoobi, MD

Yaghoobi    10/20/2023

1. I am a third year Pathology resident at Tufts medical Center located in Boston, MA. I have been working in this organization since July 1st, 2022.

2. Since July 2023 I have raised concern regarding the quality of Patient care with my Supervisor, Pathology residency Program director; Chair of the department of Pathology; and advisor.

The below standard quality of Patient care had directly affected my Performance and education as a Pathology resident at Tufts Medical center.

The Pathology residency Program showed no interest in discussing my concerns and making any attemps to address them.

The chair of the department of Pathology totally disregarded my request to share my concerns with him.

My residency training advisor listened to my concerns and recommended that I should take an action in regards to reporting the Substandard quality of Patientcare at Tufts medical center.

3- in the evening of July 23rd, 2023, I was working on a specimen from a patient. The medical notes in the patient's medical record did not meet the standard of oncology patient notes.

the legal name of the patient in ~~time~~ ~~on~~ Tufts medical Center's Medical Record system, EPIC, was different than the patient's legal name on her Driver's license issued by the State of MA in January 2023.

There were many concerning medical and ethical issues associated with the patient's medical Record.

4- While dealing with the inconsistancies in the mentioned patient's medical note in order to deliver my own clinical obligations, I reached out to the Pathology Chief resident who was present at the department at that moment, evening of July 23rd, 2023. I asked the chief resident to review the documents with me. He Refused.

At that moment there were me, the Pathology Chief resident and a Physician Assistant present in the department of pathology located at 5th floor of Ziskind Building at Tufts medical center.

5. I made a Phone call to the Patients Phone number found in her account associated with Tufts Medicine's Health Record System. I made the Phone call with my Personal cell Phone number.

The Patient did not respond. I left a voice mail for her as bellow:

" Hello Ms...

My name is Vesal Yaghoobi and I am a Pathology resident at Tufts medical center. I am reaching out to you to confirm some information regarding your recent surgery at Tufts medical system". I would be grateful if you can give me a callback at 202-999-6474."

Note: Tufts medical center does not Provide the residents with work Phone or work laptop therefore the residents use their Personal devices to do their medical work sPecially during after hour shifts.

Note: as a medical Resident covered under HIPAA I am required to make contact with my Patients regarding their medical care. This is something I often do in regards to the Patient's lab results failure to do so will result in negative consequences in my Performance as a medical resident.

6. The Patient never responded to my phone calls or returned my call.

As I was not able to confirm information and the unwillingness of the chief resident to review the documents with me, I left the hospital. on the same evening (08/23/2023)

7. I went to the Boston Police District c-6 South Boston. I told the following to the front desk lady:

" Hi - I am an employee at a Hospital in Boston, I have accidentally and as part of my duty come across some concerning medical documents in regards to one of my patients. The nature of the information is very sensitive. I do not know what I should do." Could potentially be

The lady gave me some online resources to contact in the next morning. I did not introduce myself or mention the name of the hospital in which I work.

4

8. I went home. I was very concerned because I knew stuff that I was not supposed to.

I logged into Tufts medicine Portal to Put in the report of the specimen I worked on that evening. While logged into Tufts Medicine Portal, I noticed my using my personal computer. Computer stopped functioning Properly.

I was not able to but enter the report for the specimen I worked on in the evening of 08/23/2023.

I was very worried about what has happened that I could not sleep Properly that night.

9. Due to the incidents that had happened in the evening of 08/23/2023, I decided to take the nex day, 08/24/2023 off.

In the morning of 08/24/2023 at around 8:30 am, I made a phone call to 911. I requested to meet with Police in the lobby of at my residential building.

I met with 2 officers and one detective shortly after. This meeting took place in the lobby of the apartment buiding I resided in at that moment. buiding address: 665 Washington ST, Boston, MA 02111

While I was meeting with the Police I texted the Chief Pathology resident that I was taking the day off (08/24/2023). He acknowledged and sent an email (using Tufts medicine email) ~~sent~~ to every necessary ~~void~~ employee and let them know that I had taken the day off. I received the same email. He also tried to find replacement to cover me that day, 08/24/2023).

I told the Police that I have taken the day off because I ~~am~~ was very tired because I have not been able to sleep well the night before.

I reported the following incidents to the Police for the Purpose of documentation:

① I have learned about some potentially concerning ~~some~~ incidents at Tufts medical center. I was not supposed to know any of this. The reason I find out was that I was trying to work on my patient's specimen ~~which~~ whose medical documents included concerning issues.

② I suspect that my personal computer was compromised while I was logged in to Tufts medicine portal. So I was not able to enter my report of that same specimen.

- I acknowledged that I was very tired at that moment because of not having been able to sleep the night before, (08/23/2023).

- I acknowledged that I have recently been disturbed by the fact that the substandard quality of Patient care at Tufts medical center has been affecting my medical responsibility as part of my Pathology Residency training.

- The Police recommended that I should go to the IT department of Tufts medical center and make an inquiry regarding the malfunctioning of my personal computer happened while I was logged into Tufts medicine online Portal and was trying to work remotely.

- The Police also recommended that I meet with my Supervison regarding the concerning issues related to my Patients medical documents.

I acknowledged the Police's advice and the Police left.

7

10  Shortly after the Police left, on 08/24/2023 at about 12:30 Pm, I noticed that my Tufts medicine email / work email was deactivated and my work account was locked. I called the IT department of Tufts medical center regarding the deactivation of my email and the fact that my account has been locked.

The IT department told me that my account has been deactivated without any further explanation. They did not provide me with any reason for my account being locked; however, I was recommended to go to my supervisor and discuss the issue with him.

11  I sent a text message to the Pathology Chief Resident and let him know about deactivation of my account.

12  Despite having taken the day off of 08/24/2023 because of being tired and overwhelmed by the recent incidents, I decided to go to work to meet with my supervisor, the Pathology residency program director, to discuss the following items with him
– deactivation of my work email and locking of my account (as per the IT advice)
– Discuss the concerning patient documents with him, as per the Police advice.

8

13. I was still at home, early afternoon of 08/24/2023, that I started receiving phone calls, from the Pathology and text messages chief resident.

He insisted on meeting with me and told me that he has been very worried about me last night. I was confused by the statements he made.

He set up a time to meet with me near the hospital. I told him that I had taken the time off because I was tired and needed to rest. He insisted on meeting with me.

14. I walked to the location he set up with me to meet. The location was very close to the hospital. He was not there. I started calling him to ask where he was. He rejected my phone calls. I texted him to ask why he was not present at where we supposed to meet. He did not respond to my text messages. I started to get really worried and confused.

9

15) Despite having taken the day off I found myself near Tufts medical center. For the following reasons I decided to walk in to WORK which was located at the 5th floor of the Ziskind ▼ Building of Tufts medical center.

16) – Talk to my supervison regarding the locked accont and deactivated — he had meet with the Chief resident who did not show up to our meeting email mentioned he was at the hospital – Discuss the concerning documts with and my supervisu.

While walking to the department I notice that my access ID badge was deactivated. I was able to enter the department of Pathology which is a restricted location in Tufts medical center.

I had to Ring the bell to enter the department. I walked in after someone opened the door for me.

17) I was by my desk at work, department of Pathology, waiting to meet with my supervisor.

All of a sudden my supervisor along with two security officers of Tufts Medicine appeared in front of me.

18) The officers along with my supervisor forced me to take the elevators and guided me to the Tufts Emergency department located on the first floor of Tufts Medical center.

I was very confused but I had to obey because I felt that if I wouldn't they would have handcuffed me. No one gave me a clear response on what was going on.

My supervisor seemed to be very concerned and disturbed by what was happening.

19) I was placed in a Psychiatry room at Tufts medical center. My supervisor was outside the room. He was not given any private time to give me more clarification of what was happening.

a Tufts Emergency Room employee was sitting outside the room and was watching me. I was confused and no one was telling me what was happening

20 An Emergeny Room Doctor walked in along with a few nurses and some other individuals some of whom in medical outfit some not.

I kept asking what was going on? They told me that I have lately been stressed out. I was very scared and did not know what was going on.

I was made to change into Hospital outfit while a nurse was in the room. I was asked to show the nurse everything I had in my BackPack. I obeyed.

Someone else came in and took away all my belongings including my backpack and whatever was in it, my Phone, my iPad which was in my back Pack my laptop and all my clothes. My apple watch stayed with me.

I was very worried because no one besides Tufts knew I was kidnapped by them.

I kept asking what was going on, No one gave me a clear answer including the nurses and the ER doctor.

- My supervisor saw me in the hospital outfit, which included a flowery dress and long socks, I was very embarrassed.

My supervisor left soon after and I was left on a bed in a Psychiatry room in the Tufts Medical center Emergency room.

I was placed on a bed, the door was open and a woman, who was a Tufts employee, was watching me.

The ER doctor took my vital signs including Blood Pressure, and Heart Rate, and the checked my Blood oxygen saturation using a Fingertip Pulse oximeter.

The only response I received from the ER staff was that I was stressed out.

21. a Psychiatry doctor came in the room. He did a Psychiatry evaluation. I responded to all his questions only because I had no choice. I was imprisoned in a room and noone from my family or friends knew I was there. the Psychiatry doctor did not give me any clear answer when I asked why I was there.

When I asked when would I be let go, I was told that they do not know. I was very worried and scared.

14

22. I was given a form to sign. I did not read or sign the form.

I was given a container to give them urine specimen. I refused.

No specimen was taken from me.

23. I was left in the room alone for a long duration. I was sitting on the bed and the door was open. I felt very exposed and that had no privacy.
I was able to send a few text messages to my sister and friend when possible.
My friend and sister responded to my text messages. I felt better after I was able to let people outside the hospital know that I was kidnapped by Tufts medical center.

I did my best to hide my apple watch from the ER staff, because I felt that they might take away my apple watch from me. Without my apple watch I would have been left totally helpless.

24. They asked me if they can call my husband, who resides in the state of NJ. I said yes.

They asked me if they can call my medical provider, I said yes.

My sister I knew had made several attemps to speak with me by calling the ER, but they prohibited the contact. They told her that they cannot share patient information with her; however, they never asked me that my sister requested a phone call with me.

25. A few hours later, I was given back my Personal belongings, I was allowed to changed to my Personal clothes.

26. Then, I was told that I am free to leave. I was handed ~~given~~ an afte visit summary with the following details

- Instructions:
  You were seen by our Psych team who felt that adderall may be contributing to stress. consider decreasing use.
  Follow up with Your Prescriber

- Whats next:
  You currently have no upcoming appointments scheduled.

- You are allergic to the following: No active allergies

- Today's visit:
  You were seen by Dr. Justin Charles Popso, MD

- Reason fon visit: Psychiatric evaluation

- Diagnosis: Anxiety Problem

Blood Pressore: 125/75
Weight: ~~127165~~ 127 lb 13.9 oz
Height: 5'5"
Tempat.: 98.7 °F
Poise: 88

Respiraton: 18
oxygen sata.: 98%



27. I Absolutely did <u>not</u> sign any documents!

28. Before leaving the ER at Tufts medical Center, I noticed that my access ID badge is missing from my backpack.

A security officer told me :

We took it.

29. I had not yet left the ER at Tufts Medical center that I ~~striked receiving~~ received a Phone call from Tuft Medical center main Number ( 617 - 636_5000).

I could not hear the Person's voice well but I understood that he was calling from Tufts Medical Center's Human Resources (HR)

I Cannot exactly remember but I told him

Something like :

I cannot hear you well, Let's talk later.

(30) After ~~having, have~~ having been let go from Tufts Medical center's Emergency Room (ER), I felt free and less concerned. I called my sister, husband and friend. They were happy that I was free. My sister and husband told me that they were on their way to Boston because Tufts Medical centers' ER staff / (maybe doctor?) has ~~obviously~~ highly requested that They would not let me alone as I was in a very bad situation. They were puzzled as I was.

19

31 After being Released from Tufts Medical center's ER, I went for a walk in Boylston street, Boston.

After I returned to my apartment, I was joined by my sister and family who had arrived to Boston from Bethesda, MD and Englewood, NJ.

My sister and ~~~~~~~ left Boston two days later, ~~ ~~

my husband I left Boston to NJ on Aug 27th, 2023 and.

as I was requested not to go back to work until I speak with the Director of Tufts Medical center's employee and Labor Relations, a man named, Matthew Shortelle.

32. During 08/24/2023 — 08/25/2023, I have received a total of five unsettling voicemails who insisted on speaking with me. In the voice mails he clearly says that I am not allowed to go to Tufts Medical center's property or work until I speak with him which I believe to be violation of the following federal law:

The freedom of access to clinic entrance

I felt severely harrassed by his voice mails as 4/5 of them was left by calling from a phone number that was not visible to me since recorded in my voicemails as unknown.



On 08/29/2023, I received a Physical Mail from ~~X~~ Sent to me via FedEX.

My leasing office assisted with opening the letter and sending me a ~~clear~~ Picture of the letter, as I was not in Boston.

The letter mandated me to contact Physician Health Services (PHS) and undergo a mandatory evaluation before returning to my employment at Tufts Medical Center. He mentioned that my evaluation must ~~not~~ be shared with Tufts Medical Center in order for me to return to work.

He Recommended me to ~~XXXX~~ seek leave of absence.

In his letter he ~~XXXX~~ made the following statement:

If you have Printed or removed any Patient information or material from Tufts medical center, you must return those materials Immediately. Please Contact me at 617-636-4384 so that we can Coordinate a return of all materials. If you do not contact me to return materials by Friday September 1st, 2023 the issue will be escalated.

A second year resident at Tufts Medical center Pathology Residency Program, named Zahra Jalali, MD, reached out to my husband's and sister by text messages and Phone calles tried to ~~them~~ let them know that she has ~~been~~ noticed ^me to suffer from Mental health issues.

She tried to let my husband and sister know about ~~why~~ the Psychotic sy—ptoms she has noticed in me. ~~and understudent~~

Both my husband and sister were ~~surprised~~ ~~by~~ disregarded her text messages and My husband blocked her number.

~~I have never shown any ~~Psychiatric~~~~

~~Psychological tests~~

As her claims have been incorrect and lies. I believe this action to be conspiratery in nature. She has tried to defame me. What she did is Slander and Libel.

35) I believe that, Tufts medical center has deprived me of my civil and constitutional rights under the color of law.

36) I found out that Tufts Medical center has forged my signature on a form related to my involuntary commitment at the facilities ER on 08/24/2023.

37) The Medical documents/notes made by Dr Justin C. Popso, DO and Glenn Baumann, MD related to my visit at TMC ER the ER and Psychiatry Doctors at Tufts medical center, includes inacurate information about me.

38) Justin C. Popso, DO, an emergency Physician at TMC requested Mental health evaluation during my involuntary hospitalization on August 24th, 2023 at TMC's ER despite NO signs of mental health impairt.

39. Tufts Medical Center/Tufts Medicine made portions of my medical record inaccessible through both Patient and internal systems.

40. Tufts Medical system/Tufts medicine obscured specific components of my medical Records, which appear DIFFERENTLY in the Patient and internal Electronic Health Records (EHR) Views.

41. Tufts Medical Center vaguely references a "Dr. Jabur" in my medical record without Providing further details, which raises serious concerns especially since these records are not available on the Patient Portal

42. Jessica Brown, RN, inaccurate information documented in my medical records during my involuntary hospitalization

(43) Tufts Medical Center allowed an unidentified man to visit me in the Psychiatric room located at Tufts Medical Center ER during my involuntary visit at the facility on 08/24/2023.

This man was not in medical outfit and Did NOT introduce himself to me.

(44) The medical notes associated with my involuntary visit at Tufts Medical center Cite Daniel, Rust, MD, the Pathology residency program director, as an independent collateral when he is, in fact, an employee of TMC creating a conflict of interest.

(45) In Medical notes associated with my involuntary visit at Tufts Medical center there are statements from Daniel Rust, MD describing interactions with a patient. These statements are incorrect.

(46) The Pathology Residency Program at Tufts Medical Center directed by Daniel Rust, and the Graduate Medical Education (GME) office at Tufts Medical Center have violated The Accreditation Council for Graduate Medical Education (ACGME) rules.

(47) ~~Prosed~~ By an email I received on September 7th from Matthew Shortelle, the director of labor and human resources at Tufts Medical Center I found out that I have been suspended since Aug 24th 2023

- Tufts Medical Center let me know about my suspension 14 days after its actual date which was 08/24/2023.

The email ~~*****~~· states that

"Tufts Medical Center suspended my employment on Aug 24th, 2023, due to clear and objective signs of distress in the workplace, and concern with your ability to perform my job,"

① This statement is an absolute lie.

② Tufts Medical Center never gave me any suspension letters.

③ I receive full salary which contradicts my status as being suspended.

④ Tufts keeps repeating distress at workplace as cause of my suspension

① Tufts has ~~***~~ not been provided me with any objective instances of distress in the workplace

② This statement are made by HR which has never seen

③ Since when 28 employees get suspension?

distress? considering that I have never been depressed

Case 1:23-cv-12464-DLC   Document 1   Filed 10/20/23   Page 43 of 69

48 Tufts defining my status as suspended but not providing me with a suspension letter and Paying me full salary has been extremely confusing to me. This issue has interfered with my ability to find an appropriate attorney

49 On multiple ~~communications~~ interactions Tufts has mandated me to undergo evaluation by an organization named Physician Health Services (PHS), a nonprofit organization that ~~has~~ ~~received~~ — has received financial contributions from Tufts Medicine (Formerly weltora) during the years of 2021-2022 which I found to be a conflict of interest.

29

- PHS is not a direct care provider nor a HIPAA covered entity. PHS does not provide treatment services nor creates Medical records. PHS maintains client confidentiality Pursuant to Massachusetts peer review laws set forth at MGL Ch. 111, § 1 and § 204. The peer review law does not create a waivable Privilege, rather it imposes a Prohibition on PHS from releasing Peer review information.

I find the following items extremely concerning:

- Tufts Medical center Mandates me to undergo evaluation by PHS before returning to Work
- Tufts mandates me to share my health care evaluation with them
- Tufts ~~request~~ mandates me to undergo a health evaluation by an organization Which is not a HIPAA covered entity

I Find the following items extremly concerning:

- Tufts Medical center Mandates me to undergo evaluation by PHS before returning to work
- Tufts mandates me to share my health care evaluation with them
- Tufts ~~nation~~ mandates me to undergo a health evaluation by an organisation which ...

50. a PHS agent Michele Hagen has conducted an unauthorized phone interview with me, taking advantage of my lack of information. she tricked me.

- Michele Hagen has lied to my former attorney regarding the presence of a third person on my interview. She said it's not possible that I have my attorney / personal provider on the phone interview, based on the organization's policy. I later found out this to be a lie.

- Michele Hagen provided me and my attorney with incorrect information regarding the initiation of my contact with PHS. She pretended as if it was me who was initiating the phone interaction; however I later found out that Kari Roberts, MD had requested mental health evaluation for me by contacting PHS.

51) , PHs Performed health care evaluation on me without letting me know that they are not a HIPAA Covered entity. I found out about this concerning issue on 10/18/2023. When I requested a a copy of my medical Record.

PHs requested Blood and urine tests on me while they are not a HIPAA covered entity.

• PHS did not disclose with me that they have received donations from Tufts ~~Massachusetts insurance~~ Medicare ( formerly wellforce) I found out about this afte I ~~requested~~ asked them.

~~What information that involving~~

32

(52) Tufts Medical center falsly/incorrectly documented my involuntary commitment at Tufts Medical center Emergency Room (ER) as a regular and voluntary visit, which is absolutely wrong and incorrect.

I was at work (Tufts Medical center's Pathology department) when I was arrested by Tufts Medical center's Security officers and admitted for several hour at Tufts Medical center's Emergency Room (ER)

To me this is -lie in medical documalt-
  -abuse of power
  - acting around the the color of law
  -etc.

33

53 On August 25th, 2023 Tufts Medical send the Police to my residential building to check on me. I never signed a consent form regarding the disclosure of my Confidential Patient information to the Police. It worth mentioning there has never been a reason for Tufts Medical Center to check on my mental health by sending a Police to my building. The incident was disclosed to me by my residential building's Concierge later the same day. The disclosing Person seemed as Puzzled as myself at that moment.

- I believe this to be a HIPAA violation.
  ↓
  Disclosure of my confidential health information with the Police.

- I believe this to be Part of a Plan that Tufts medical Center designed to document their concern regarding my mental health.

- This visit by the Police defamed me in the building where I resided.

(Patient Care)

**54)** Tufts Medical Center Emergency Room (ER) disclosed my confidential Health information (as a Patient) with Tufts Medical Center Human Resources (HR).

I never consented to such a disclosure.

I believe this to be a <u>HIPAA violation</u>, abuse of Power by Tufts medical center to have served Exposure ass both as the health care facility I was committed at (Emergency Room) and my employer (Human Resources). By this action Tufts Medical Center attempted to blur the borders of distinct Patient care and employment, <u>which is deceiving in nature.</u>

**55)** On the date of Aug 24th, 2023, Adnan Qamar, the Pathology Chief resident made multiple contacts with me to raise concern regarding my well-being the night befor He then set up a meeting with me in a location close to the hospital. to meet He did not show up to the meeting. He rejected my Phone calls and did not respond to my text messages

when I attempted to ~~acquire~~ the ~~reason~~ which Contact him to ask for due to

he has not shown up to our meeting.

γ I believe

This action to has been planned as part of a plan to encourage me to ~~go to the Pathology Department~~ and ~~meet with him.~~

enter the Tufts medical Center (work), despite having taken the day off. (08/24/2023)

This action is Conspiracy.

My entrance to the Pathology department at ~~of~~ Tufts medical Center (work) led to my involuntary Committment by the facility's security officer.

56 On 08/25/2023, I received a voicemail from a ~~xxxxxx~~ person at Tufts Health Plan, my health insurance Plan provided to me by my employer, Tufts medical center.

The Tufts health plan agent left me a voicemail with the following content:

" Good morning this is Sothy Calling from Tufts Health Plan. This message is for Vesal. This I'm is not an urgent call I Just wanted to speak with you to see how you are doing. You can reach me Monday to Friday

at 781-612-6659. If you reach my confidential voice mail Please leave a detailed message, and let me know if there is a better date, time or Phone number that is more convinient to return your call.

Again, my name is Sothy and I am calling from Tufts Health plan. You can reach me at 781-612-6659 I look forward to speaking with you."

- I later received a Physical mail from the same individual, Sothy Soem, ~~Registered~~ Care Coordinator at Tufts Health Plan. The letter was drafted on 08/28/2023 and mentions that she has been unable to reach me by phone and she would like to make me aware of how one of their Care managers' can support me.

She ~~always~~ Provided me with more information about their Care management program. ~~managent Progra~~. This Person ~~is~~ is associated with Tufts Health Behavioral Health care

These interactions raise the following concerns:

- Tufts Medical center Emergency room (Healthcare) disclosed, unnecessary information from me with Patient care Confidential Patient my health insurance Plan, Tufts Health Plan.
  • The facts that the call made a ~~few~~ several hours after the incident at Tufts medical center Emergecy Room,

- there has never been similar communications, by the Health Plan or any other Health Plans in the Past; made to me

- the ~~maximum~~ ~~from~~ contact has been made specifically by the Tufts Health Behavioral Health Care Management Program

are indicative of Tufts ~~Head~~ Medical, Emergency Room (Patient care) to share details ~~about~~ Centers of my

Visit, with Tufts Health Plan.

have

on 08/24/2023 at Tufts ER

Given that the details of a visit is unrelated

to the operations of health Plans, and NO Consent for release of my confidential health information has been given ~~by~~ to ~~the~~ Tufts Medical center ~~by~~ ER by me. I believe this incident to be violation of HIPAA.

Given the multiple other violations, ~~I believe~~ ~~this~~ and the vague nature of the incidents on 08/24/2023 and thereafter, I believe the information sharing has been Part a Conspiracy to encourage me to

~~management~~ the Behavioral Health Care offered to me accept

for ~~they~~ free through "Tufts Health Behavioral Health care management program". ~~Per~~ ~~~~

This action ~~~~ ~~~~ was Planned to <u>deceive</u> me, so would make Tufts medical centers' (my employer) claim that I had behavioral issues stronger.

This is Conspiracy-

(57) I find the fact that "Tufts Health Plan made attemps to have conversations with me not related to its Primary operations as a Health care Plan"; ~~~~ abnormal and ~~~~ questionable.

— I find the fact that Tufts Health Plan made behavioral health suggestions to me unacceptable ~~and~~ and questionable.
— I find the fact that Tufts health Plan offered "FREE behavioral health Services

39

to me unacceptable, and suspicious.

− Given the entire background scenario and multiple violations happened by Tufts Medical centu Emergeney Room (my Health care)

Tufts Medical center Human Resources (my employer) and Tufts health plan, I strongly believe

that this attempt made by Tufts Health Plan is Part of a Plan initiated by

Tufts medical center to label me with a mental health ~~issue~~ Problem.
having a

This is Conspiracy.

Because ~~of~~ the actions taken against me by Tufts medical center (my employer) seemed retaliatory in nature, and the fact that I had learned out about Potentially fradolent activity by Tufts Medicine, and because of the sensitivity of "mental health" ~~issue~~ concept, that has been targeted by Tufts medical center

I found no other ways to protect myself
other than filing ~~a~~ complaints to the
U.S. Department of Health and Human Servises (HHS)
Office of Inspecter General (OIG).
I have ~~filed~~ submitted complaints with the HHS-OIG
fraud hotline ~~and~~ ~~HHS~~ regarding
the potentially fraudulent activity noticed by me
happening at Tufts Medicine.
I also ~~filed~~ submitted ~~an~~ Whistleblower
Retaliation complaint with HHS on 09,21,2023.

I believe Tufts medical center's (employer)
retaliatory actions against me forced
me into becoming a whistleblower - by
filing a whistleblower complaint which
was ~~followed~~ by a meeting with the
whistleblower coordinator and ~~the~~ a
Senior council) from HHS-OIG.

I never wanted to be a whistleblower
but I had to submit the complaints to

Protect myself in regards to the following items

1- My Medical education and residency my medical Position

2- Any Potential mental health impairment that could have been given to me by Tufts Medicine, a large healthcare organization in MA.

So, I was forced to become a whistle blower by Tufts medical center which would Would affect my future employment opportunities along with all other issues that come with the labe.

42



The actions taken against me by Tufts Medical Center, a large health care organization in MA; led me to reveal Personal, ~~stories~~ experiences uncomfentable by many organizations, state and federal agencies. This sharing of the information to request assistance from different entities made me uncomfortable.

I Also believe that this incidents Would impact my reputation as a Physician and a Person. .

I find this really concerning in my field which is medicine and Professionals tend to know each other this is an extensive defamation and Potentially other things.

Also, in order to protect myself against my Powerful employer I had to Copy ~~many~~ multiple agencies and organization's Public emails on the Communicative emails I sent to my employer.

Anyone from those organizations or agencies could have learned about me and my story.

This is extremely disturbing to me.

- my colleagues at Tufts Medical center Pathology residency program was Present when I was arrested by Tufts Medical center's ~~Past~~ security officers while I was at work.

This incidence is extremely disturbing to me and would lead to ~~many~~ ~~due~~ negative impacts in my future ~~career~~ career and Personal life.

61) The incidents I noticed at Tufts Medical Center and the actions taken against me by Tufts Medical Center has greately affected my view and trust in the united states Health system, which would severely impact my future career as a physician in the united states

62) I have unwantedly ~~taken~~ ~~over~~ distracted from my normal daily routine because of the adverse actions that Tufts Medical Center has taken against me. This has resulted in disturbances in my life style. including having to move out of the state of Massachusetts.

Many financial issues has been experienced by me to pay for all the unexpected expenses.

45



63 Due to the high number of violations and the deceitful and puzzling situation created by Tufts Medical center against me, I found it extremely difficult to impossible to find an attorney. Therefore, I left with no option than to present myself legally. which I find extremely to be uncomfortable and disturbing.

64 I requested Tufts Medical center to stop communicating with me through my personal email, rather I requested formal physical mails to be sent to my residential address provided to me.
This request has been entirely disregarded by Tufts medical center, my employer.

46

 65

Tufts Medical center (my employer) has repeatedly questioned my mental health and fitness for duty without Providing me any objective evidences, this is violation of The American with Disability Act (ADA)

The request has been mad through.
  — Direct statements made by them in email and Physical mail communication
  — Requesting mental health evaluation for me

these Communications and requests has been mostly made by the following individuals

  1- Matthew Shortelle, the Director of Employee and labor Health relations at Tufts Medical center.
  2- Kari Roberts, MD, the director of Graduate medical Education at Tufts medical center

I believe the questioning and the evaluation requests to be wrongful due to the following reasons

  1- Made through wrong Channels and by individuals who has never met me
  2- the absence of the Pathology residency Program's involvement in the entire Scenario Which is a violation of the ACGME
  3- No objective reasons or evidences having been Provided to me
  4- My Family and friends or anyone I know outside Tufts Medical Center denying such concerns in regards to me

47

Therefore, I believe such questioning is against the law, has been disturbing to me and will negatively impact my future life as a Person and as a Professional.

This is all Conspiracy.
— even if they are right and I am disabled (which is absolutely wrong) why Tufts medical center suspended a disabled Person? ADA violation

66 Tufts Medicine's online Patient Portal mandated me to agree to a long Consent form before being able to see my medical record related to my involuntary Commitment at Tufts Medical Center emergency ~~department~~ Room on 08/24/2023.

I never signed any Consent forms before the visit. ~~and~~ I did not agree with ~~to~~ most of the items ~~assumed~~ ~~that~~ I was mandated to accept in order to see my own medical record that had happened Previously. This is HIPAA violation and Probably other things.

48



67) The Medical Records associated with my ~~med~~ involuntary commitment at Tufts Medical Center Emergency Room by Tufts Medical Center (employer) through Tufts Medical center's security officers include the following

incorrect
~~wrong~~ items :

 - ~~wrong~~ last four digits of social Security number, which is very inaccurate.

 - My height

Which I believe to be violations.

68) Adnan Qamar, the Pathology Chief resident has Previously asked to go for a walk in Boston Gardens on 08/14/2023. His request was rejected by me.
Possible
His involvement in this case and conspiracy could
possibly ~~be~~ retaliatory in nature
be

49

(69) In an email I sent to Kari Roberts, MD I on 09/18/2023, I requested a copy of my suspension letter to be ~~sent~~ shared with me. She did not respond to my email and disregarded my request.

(70) My ^Work email has been deactivated since 08/24/2023. Considering the fact that my applications for fellowship programs has been ~~done~~ submitted through my Tufts ~~a~~ Medicine work email, my lack of access to this email account has prohibited me ~~to~~ from receiving responses from fellowship programs, and communicating with these programs. This ~~was~~ negatively impacted my chance in securing ~~some~~ a fellowship positions and ~~will~~ negatively impact my career as a ~~P~~ pathologist.

^My ~~The~~ failure to ~~respond~~ communicate with P. fellowship programs would ~~negatively~~ present me as an unresponsive and improfessional person/physician which will affect my entire ~~career~~ career as a physician.

71) By Prohibiting ~~any~~ me from attending work, which for me is also medical training, Tufts medical center has created a big gap in my Graduate Medical Education as a ~~Physi~~ Medical resident. This will ^(continue to) ~~impact~~ my ^(has impacted and) profession as a Pathologist.

72) Due to the vague and questionable nature of the communication attempts made by Tufts health plan I am concerned about ~~an~~ a unauthorized relationship between Tufts Health Plan and Tufts Medical Center ∧ (employer & health care provider).

Due to this reason, I am concerned regarding the security of my confidential patient informati. I am concerned that Tufts Health Plan could potentially share my confidential info. with my employer, Tufts Medical center.

For this reason I have not been able to seek medical care when it has been necessary. This has negatively impacted my health.

Wrongful suspension and Depriviation of Rights under color of law

Vesal yaghoobi   _v_   Tufts Medical Center
etc.,

## IV. Relief

Vesal yaghoobi, MD

_yaghoobi_

10/20/2023

- I would request a compensation of $50,000,000 (50M) from Tufts Medical center due to it Adverse action.

- I would request the amount of compensations by other defendant to be set by the court.